# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **JAMES OWENS III,** *Plaintiff,* v. **Sergeant JESSICA CHRISTIAN,** *et al.* *Defendants.* | **CIVIL ACTION NO. 5:17-cv-00190-TES-CHW** |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The remaining Defendants in this case (Defendants Christian, Filipovich, Ivey, Sears, and Westbrook)[1] moved for summary judgment on the excessive force and conditions-of-confinement claims Plaintiff alleged against them. [Doc. 21]. The United States Magistrate Judge reviewed the motion and recommends that the Court grant it and enter judgment in favor of Defendants. [Doc. 27]. Plaintiff filed no timely objection to the Magistrate Judge's recommendation.

Upon thorough review of the motion and the Magistrate Judge's findings, the Court **ADOPTS** the Report and Recommendation [Doc. 27] and **MAKES IT THE**

---

[1] The claims against the other named Defendants were dismissed upon the Court's preliminary review of Plaintiff's complaint. *See* [Doc. 7, p. 15] ("[Plaintiff's] excessive force and conditions-of-confinement claims against Defendants Christian, Westbrook, Filipovich, Ivey, and Sears shall proceed for further factual development. . . .[H]owever, it is **RECOMMENDED** that Plaintiff's remaining claims be **DISMISSED without prejudice**."); *see also* [Doc. 16, p. 2] (adopting [Doc. 7] and allowing only the claims against Defendants Christian, Westbrook, Filipovich, Ivey, and Sears to proceed). Thus, Defendants Craig, Daoust, Middlebrooks, Barlow, Sprague, and Stines should have all been terminated as parties on March 5, 2018, when the Court adopted the Magistrate Judge's preliminary review findings.

**ORDER OF THE COURT**. Accordingly, Defendants' Motion for Summary Judgment [Doc. 21] is **GRANTED**, and the Clerk is **DIRECTED** to enter judgment in favor of Defendants.

**SO ORDERED**, this 24th day of April, 2019.

<u>s/Tilman E. Self, III</u>
**TILMAN E. SELF, III, Judge**
**UNITED STATES DISTRICT COURT**